UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITISH COLUMBIA INSTITUTE
OF TECHNOLOGY,

       Plaintiff,

vs.

Case No. 07-CV-12917
HON. GEORGE CARAM STEEH

GREAT LAKES HELICOPTER SUPPLY, INC.
et seq.,

       Defendants.

_____/

ORDER DISMISSING ORDER REQUIRING
JOHN LOJKO TO APPEAR AND SHOW CAUSE (#31)

    Defendant John Lojko was ordered on June 11, 2008 to show cause on June 30, 2008, thereafter rescheduled to September 29, 2008, why he failed to appear at a December 27, 2007 creditor's examination. Plaintiff has informed the court that Lojko has since complied. Accordingly,

    The court's June 11, 2008 Order to Show Cause is hereby DISMISSED.

    SO ORDERED.

Dated: September 29, 2008

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 29, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk